UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE:

| | | |
|---|---|---|
| C. CURTIS CONNER, JR. AND | § | |
| CYNTHIA CONNER | | |
| | | |
| DEBTORS | § | CASE NO: 12-10457 |

<u>WAIVER OF 30-DAY HEARING REQUIREMENT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Creditor, Bridgett Richardson, and her attorney, Jonathan C. Juhan are in agreement of the

waiver of the 30-day hearing requirement. Said hearing is currently set for July 10, 2013, at 2:00

p.m., Jack Brooks Federal Building.

Respectfully submitted,

_/s/Jonathan C. Juhan_____
JONATHAN C. JUHAN
SBN: 11047225
J. J. BRAGG
SBN: 00790356
985 I-10 North, Suite 100
Beaumont, TX 77706
(409)832-8877 - Telephone
(409)924-8880 - Fax

ATTORNEYS OF RECORD

## CERTIFICATE OF SERVICE

_____I hereby certify that a true and correct copy of the above and foregoing has been provided to all known counsel of record this the  1st  day of  May, 2013.

Mark D. Lambert
BENCKENSTEIN, NORVELL & NATHAN, LLP
P. O. Box 551
Beaumont, Texas 77704

/s/Jonathan C. Juhan
JONATHAN C. JUHAN