# JONATHAN C. JUHAN, P.C.
## ATTORNEY AT LAW

| | |
|---|---|
| **985 I-10 North, Suite 100** | **Telephone:** 409/832-8877 |
| **Beaumont, TX    77706** | **Facsimile:** 409/924-8880 |

**Email: JonathanJuhan@sbcglobal.net**       Board Certified - Personal Injury Trial Law
**Website:    JuhanLaw.com**                 Texas Board of Legal Specialization

---

July 10, 2013


The Honorable Judge Bill Parker
300 Willow Street, Suite 100
Beaumont, TX 77701


RE:   Cause No: 12-10457; C. Curtis Conner, Jr. and Cynthia Conner, Debtors; United States Bankruptcy Court For the Eastern District of Texas, Beaumont Division.


Dear Judge Parker:

Please find included herewith a June 20, 2013 letter regarding the settlement of Cause Number 120,126 Bridgett Richardson vs. Comfort Zone, Inc.; In the County Court at Law No. 1, Jefferson County, Texas.   The hearing on the Motion To Lift Stay in Cause No. 12-10457, set for 2:00 p.m. today is not necessary. Please cancel this hearing.

Unless we hear otherwise, we shall not attend the hearing.

Very truly yours,


*/s/ Jonathan C. Juhan*

Jonathan C. Juhan
/bv
Enclosure